﻿Citation Nr: AXXXXXXXX
Decision Date: 01/30/20 Archive Date: 01/30/20

DOCKET NO. 190625-10427
DATE: January 30, 2020

ORDER

A 100 percent schedular rating for asthma is granted, subject to the law and regulations governing the award of monetary benefits.

FINDING OF FACT

For the entire rating period on appeal, the evidence is at least in equipoise as to whether the Veteran’s disability picture with respect to asthma more nearly approximated daily use of systemic (oral or parenteral) high dose corticosteroids or immuno-suppressive medications.

CONCLUSION OF LAW

Resolving reasonable doubt in the Veteran’s favor, the criteria for a 100 percent schedular rating for asthma have been met. 38 U.S.C. §§ 1155, 5107; 38 C.F.R. §§ 4.1, 4.3, 4.7, 4.97, Diagnostic Code (DC) 6602.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty in the United States Air Force from March 2006 to July 2011, to include service in Iraq. His decorations include the Air Force Achievement Medal with 1 Oak Leaf Cluster, the Iraq Campaign Medal with 1 Service Star, and the Global War on Terrorism Service Medal.

This matter comes to the Board of Veterans’ Appeals (Board) on appeal from a May 2019 rating decision issued by a Department of Veterans Affairs (VA) Regional Office. The Veteran timely appealed to the Board, requesting direct review of the evidence considered by the agency of original jurisdiction pursuant to the Appeals Modernization Act. See June 2019 VA Form 10182; 38 C.F.R. § 20.202(b)(1).

Higher rating for asthma

The Veteran seeks a 100 percent schedular rating for his service-connected asthma. 

Disability evaluations are determined by the application of a schedule of ratings, which is in turn based on the average impairment of earning capacity caused by a given disability. 38 U.S.C. § 1155; 38 C.F.R. § 4.1.

If there is a question as to which of two evaluations shall be applied, the higher evaluation will be assigned if the disability picture more nearly approximates the criteria required for that rating. Otherwise, the lower rating will be assigned. 38 C.F.R. § 4.7. If different disability ratings are warranted for different periods of time over the life of a claim, “staged” ratings may be assigned. Hart v. Mansfield, 21 Vet. App. 505 (2007); Fenderson v. West, 12 Vet. App. 119, 125-26 (1999).

For the entire rating period on appeal, the Veteran has been in receipt of a 60 percent rating for asthma under DC 6602. Under that DC, a 60 percent rating is warranted where forced expiratory volume at one second (FEV-1) is 40 to 55 percent of predicted, or; FEV-1/forced vital capacity (FVC) is 40 to 55 percent, or; at least monthly visits to a physician are required for care of exacerbations, or; intermittent (at least three per year) courses of systemic (oral or parenteral) corticosteroids. 38 C.F.R. § 4.97. A maximum 100 percent rating is assigned for FEV-1 of less than 40 percent predicted, FEV-1/FVC less than 40 percent, more than 1 attack per week with episodes of respiratory failure, or daily use of systemic (oral or parenteral) high-dose corticosteroids or immunosuppressive medications. Id.

For the reasons set forth below, the Board finds that, for the entire rating period on appeal, the evidence is at least in equipoise as to whether the Veteran’s disability picture more nearly approximates daily use of systemic (oral or parenteral) high-dose corticosteroids or immuno-suppressive medications, so as to warrant a 100 percent disability rating under 38 C.F.R. § 4.97, DC 6602.

Evidence weighing in favor of this finding includes an April 2019 Respiratory Conditions Disability Benefits Questionnaire in which the Veteran’s treating physician, Dr. A.S., noted that the Veteran’s asthma requires daily use of systemic (oral or parenteral) high-dose corticosteroids or immunosuppressive medications.

Evidence weighing against a finding of entitlement to a 100 percent rating for asthma includes an April 2019 VA examiner’s assessment that the Veteran’s asthma requires chronic low-dose (maintenance) corticosteroids, but does not require daily use of systemic (oral or parenteral) high-dose corticosteroids or immunosuppressive medications. 

Viewing the record in its totality, the Board is persuaded that the evidence demonstrates a level of impairment that is consistent overall with the assignment of a 100 percent schedular rating for asthma for the entire rating period on appeal. The evidence, at a minimum, gives rise to a reasonable doubt on the matter. As such, a 100 percent rating is granted for asthma for the entire rating period on appeal. 38 C.F.R. §§ 4.3, 4.7. 

 

 

DAVID A. BRENNINGMEYER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Ragheb, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.